FILED

10/07/2020

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 20-0319

## IN THE SUPREME COURT OF THE STATE OF MONTANA

Supreme Court Cause No. DA 20-0319

_____

DEPARTMENT OF REVENUE
STATE OF MONTANA,

        Appellant/Cross-Appellee,

  vs.

BOYNE USA, INC.,

        Appellee/Cross-Appellant,

_____

## ORDER GRANTING APPELLEE/CROSS-APPELLANT BOYNE USA, INC.'S UNOPPOSED MOTION FOR EXTENSION OF TIME OF 30 DAYS TO FILE COMBINED RESPONSE AND OPENING BRIEF

_____

Upon consideration of Appellee/Cross-Appellant Boyne USA, Inc.'s

Unopposed Motion for Extension of Time of 30 Days to File Combined Response

and Opening Brief and there being no objection, Appellee/Cross-Appellant Boyne

USA, Inc. is granted an extension of time of 30 days to file and serve its Combined

Response and Opening Brief on or before November 18, 2020.

Electronically signed by:
Bowen Greenwood
Clerk of the Supreme Court
October 7 2020